IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| ANGELA ELIZABETH HERNANDEZ DE PEREZ, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 26-594-BAH |
| PAMELA BONDI ET AL., | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus, ECF 1 (the "Petition"), and the Government's response to the Court's order to show cause, ECF 6, it is hereby,

**ORDERED** that the Petition is **GRANTED** in part, insofar as the Court finds that Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Respondents are ordered to **IMMEDIATELY RELEASE Petitioner Angela Elizabeth Hernandez de Perez from custody**, subject to appropriate conditions including her attendance at the bond hearing to be scheduled;

2. Nothing in this order precludes ICE from imposing reasonable conditions of release, including Petitioner's attendance at the scheduled bond hearing;

3. Respondents' counsel is to provide an update by Tuesday, February 17, 2026, at 9:30 a.m. on the status of Petitioner's release;

4. Respondents are further **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

5. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to, and shall seek, a bond hearing consistent with that statute and 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

6. A bond hearing shall be held within ten (10) days of the Petitioner's filing of a motion with the Immigration Court;

7. The bond hearing under § 1226(a) must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention and removal proceedings, and the hearing must comply in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

8. If bond is granted, nothing in this order precludes ICE from imposing additional reasonable conditions of release;

9. The parties shall provide this Court with a Joint Status Report within twenty (20) days of this order on the status of the bond hearing;

10. Petitioner's request for costs is denied; and it is further

**ORDERED**, that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this order.

Dated: February 13, 2026

Brendan A. Hurson
United States District Judge

2